Eric Bjorgum, CA Bar No. 198392
Marc Karish, CA Bar No. 205440
**KARISH & BJORGUM, PC**
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
eric.bjorgum@kb-ip.com

ATTORNEYS FOR PLAINTIFF
INTENT DRIVERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT DRIVERS, INC.; a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMESOLARQUOTES; SOLARPANELQUOTES; SAHAK NALBANDYAN, an individual; and DOES 1 – 10, Inclusive,<br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br>**1. COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Intent Drivers, Inc. ("Plaintiff" or "Intent Drivers"), by and through its attorneys, Karish & Bjorgum, PC, files its complaint against PRIMESOLARQUOTES, SOLARPANELQUOTES, SAHAK NALBANDYAN, and DOES 1 – 10, inclusive, for injunctive relief and damages as follows:

1

**Subject Matter Jurisdiction and Venue**

1.     This case is a civil action arising under the Copyright Laws of the United States, 17 U.S.C. §§ 101, *et seq.* This Court has subject matter jurisdiction over the claims in this Complaint which relate to copyright infringement, 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a), and under diversity jurisdiction, pursuant to 28 U.S.C. § 1332.

2.     Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because the claims alleged in this action arose in this Judicial District, and Defendants reside and transact business in this District.

**Parties and Personal Jurisdiction**

3.     Plaintiff Intent Drivers, Inc. is a California corporation with its principal residence in Orange County, California.

4.     Defendant Primesolarquotes is a business entity of unknown form based in information and belief, in Glendale, California. It operates as primesolarquotes.com.

5.     Defendant Solarpanelquotes is a business entity of unknown form and locale. It is operating as Solarpanelquotes.org.

6.     Defendant Sahak Nalbandyan is an individual residing in Los Angeles County, California.  On information and belief, Nalbandyan is the owner and chief principal of primesolarquotes and solarpanelquotes.

7.     This Court has personal jurisdiction over Defendants because Defendants solicit and transact business and have other related activities within this Judicial District. This court also has personal jurisdiction over Defendants because Defendants caused actual harm to Plaintiff, a resident of this District. Defendants' actions were aimed at Plaintiff Intent Drivers.

**Plaintiff's Business and Defendant's Acts**

8.      Plaintiff is engaged in the business of advertising and generating sales leads for various industries, including the solar and insurance industries.  Unlike many "lead generation" companies, Plaintiff produces its own visual and written content.  Plaintiff goes to great pains to protect its original content.

9.      Part of Plaintiff's original content is photographs that it creates.  Plaintiff goes to great lengths to hire a photographer and create photographic images that are original and draw users to its products and services.  An example of one such photograph at issue (the "Meter Photo"), which is the photograph below:



10.     Defendant Primesolarquotes has displayed the Meter Photo.

11.     Primesolarquotes has also copied verbatim copyrighted text owned by Plaintiff (the "Solar Article"). The Solar Article copyright is owned by Plaintiff.  The Solar Article is registered with the United States Copyright Office as "Energy Bill Cruncher 09_16_17" and has the U.S. Copyright Reg. No.  TXu002234483.  A copy of the Solar Article and its copyright registration are attached hereto as Exhibit A.

12.     Defendant has been taking Plaintiff's content and using to it divert sales and leads from Plaintiff.  Plaintiff's website content, such as the Works, is known as

unique, high quality content in its industries.

13. On information and belief, Defendant Sahak Nalbandyan is the owner and chief principal at Primesolarquotes and Solarpanelquotes.

14. On information and belief, Defendants are working jointly and in connection each other and with unknown Defendants Does 1 – 10 in furthering the scheme to divert Plaintiff's customers and interfere with Plaintiff's contracts.

## Count One – Copyright Infringement
### (Against All Defendants)

15. Plaintiff realleges and incorporates by reference each of the allegations contained in Paragraphs 1 through 11 of this Complaint as though fully set forth here.

16. Plaintiff is the owner of the photographic work entitled "Energy Bill Cruncher 09_16_17", which is text registered as U.S. Copyright Reg. No. TXu002234483 for the work entitled (attached as Exhibit A). Part of the text is also included as Exhibit A.

17. Defendants have copied and displayed the Work without Plaintiff's authorization, and it has done so with the intent of attracting customers. Defendant's acts constitute infringement of Intent Driver's copyrights in the Work, in violation of the Copyright Act, 17 U.S.C. § 101, *et seq.*

18. Plaintiff is informed and believes that Defendants' acts of infringement were deliberate, willful, malicious, oppressive, and without regard to proprietary rights.

19. Defendants' copyright infringement has caused, and will continue to cause to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the copyright in the Work. Defendants have damaged business reputation and goodwill, diverted its trade, and caused loss of profits, all in an amount not yet

determined. In addition, Intent Driver is entitled to receive the profits made by Defendant from its wrongful acts pursuant to 17 U.S.C. § 504.

## PRAYER FOR RELIEF

**Wherefore**, Intent Drivers respectfully requests judgment as follows:

1.   That the Court enter a judgment against Defendants that Defendants have:

(i)  Infringed Plaintiff's copyrights;

(ii) Interfered with Plaintiff's contracts;

(iii)  Interfered with Plaintiff's prospective economic advantage;

(iv)  Negligently interfered with Plaintiff's prospective economic advantage;

That each of the above acts were willful.

2. That the Court issue a Permanent Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from engaging in any activity that violates Intent Drivers' rights as identified above and from infringing Plaintiff's copryights, and that any damage from copyright infringement be multiplied for willful infringement.

3. That Intent Drivers be awarded actual damages for Defendant's copyright infringement, together with Defendant's direct and indirect profits derived from its unlawful infringement of Intent Drivers' copyrights.

4.   That the Court award Intent Drivers its costs of suit incurred herein.

5.   That Intent Drivers be awarded such other relief as may be appropriate.

DATED:  December 31, 2021          Respectfully submitted,

                                                  KARISH & BJORGUM, PC


                                                 By     /s/ Eric Bjorgum, _____
                                                          Eric Bjorgum
                                                          Attorneys for Plaintiff
                                                          Intent Drivers, Inc.

## DEMAND FOR TRIAL BY JURY

Plaintiff Intent Drivers, Inc. hereby demands a trial by jury to decide all issues so triable in this case.

DATED:  December 31, 2021

Respectfully submitted,

KARISH & BJORGUM, PC

By /s/ Eric Bjorgum_____
    Eric Bjorgum
    Attorneys for Plaintiff,
    Intent Drivers, Inc.

# Exhibit A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu002234483
Search Results: Displaying 1 of 1 entries



*Energy Bill Cruncher 09_16_17.*

|  |  |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TXu002234483 / 2020-12-29 |
| **Application Title:** | Energy Bill Cruncher 09_16_17. |
| **Title:** | Energy Bill Cruncher 09_16_17. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Intent Drivers, Inc. Address: 9692 Melinda Circle, Huntington Beach, CA, 92646, United States. |
| **Date of Creation:** | 2017 |
| **Authorship on Application:** | Intent Drivers, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Intent Drivers, Inc. |



Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Home Solar System      $California      Save with Solar Panels

# California Policy Makes Going Solar Easy For Homeowners

Congress Extends Solar Incentives Through 2022

David Miller        January 4th, 2022





Power companies are fighting an uphill battle they are sure to lose and they're blaming customers who are taking advantage of massive **energy savings programs**. Specifically, they are blaming California Solar Incentives that encourage homeowners to use clean energy by reducing solar power projects to $0 installations.

Until now, solar panels were less about saving money and more about environmental protection. In

order to get more people to switch to clean solar energy the federal and state governments are highly incentivizing homeowners who live in specific zip codes to go solar with $1000's of dollars in rebates and incentives that can cover 100% of the costs associated with a new solar panel installation.

When homeowners visit Energybillcruncher, many are shocked to learn that **solar panels can be installed on their home with no upfront costs after rebates and solar incentives.** You can find out which solar incentives are offered in your area by using your zip code. You can even use this tool to help calculate your savings by entering your utility provider and your average power bill. In many cases, customers are saving up to 50% on the cost of powering their home each year.



### How Do Solar Programs Work?

Solar panels are much cheaper today than they were 10 years ago, which means millions of homeowners that could not previously afford to do so are switching to solar. California Homeowners that qualify for this new program no longer have to buy solar panels. With rebates being as high as they are, homeowners are able to drastically reduce their power bill without dealing with the upfront costs of installing solar panels.

### Want To See How Much You Can Save? Here's How

Step 1: **Select your average electric bill below**

Step 2: Go onto Energybillcruncher and find out how much you may save! It takes just two minutes to get started



**Start By Selecting Your Monthly Energy Bill:**

| $101 - $150 | $151 - $200 | $201 - $300 |
| $301 - $400 | $401 - $500 | $501 + |

See If I am Eligible

References:
www.energybillcruncher.com/incentives // www.greentechmedia.com/articles/solar-and-wind-tax-credit-extensions

© 2022 Energybillcruncher   Terms & Disclosures   Privacy Policy   Contact Us

# Exhibit B

Homeowners are visiting Prime Solar Quotes to see if they qualify, many are shocked to learn that solar panels can be installed on their home with zero upfront costs and monthly solar incentives. You can find out which solar incentives are offered in your area by simply entering your information. You can even use this tool to calculate your savings by entering your average power bill and address.

## How Do Solar Programs Work?

Solar panels are 70% cheaper today than they were a couple of years ago, which means millions of homeowners that could not previously afford to do so are switching to solar. California homeowners that qualify for these programs no longer have to buy solar panels. With rebates being as high as they are, homeowners are able to drastically reduce their power bill without dealing with the upfront costs of installing solar panels. Before, solar companies would lose money if they were to rent or lease solar panels; but now, with these federal and state rebates, one of the nation's largest solar power providers claims to be signing up a new solar panel customer every 5 minutes because of these incentivized programs.

**Quick Summary:** In the past it used to take up to 10 years to recoup your solar investment - now, with these current programs, homeowners can use solar incentives to offset the cost of their solar installation and start saving money immediately. Click here to see if you qualify >>

## Act Now & Start Saving Money Immediately

Visit primesolarquotes.om and type in your address to see if you qualify for a solar panel installation. The best part about determining your potential savings is that there is absolutely no obligation to do anything until you realize the savings are on their way to you. We are experiencing some of the highest rebate, tax credits, and other incentives we have seen in years. What would you do with extra money in your pocket AND lower power bills?

## How Do I See If I Qualify?

Step 1: **Click your state on the map to instantly check your address for free.**

Step 2: Once you go through a few questions, you will have the opportunity to see if your address qualifies for this program. **Select Your State below:**

