Eric Bjorgum, CA Bar No. 198392
Marc Karish, CA Bar No. 205440
**KARISH & BJORGUM, PC**
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
eric.bjorgum@kb-ip.com

ATTORNEYS FOR PLAINTIFF
INTENT DRIVERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT DRIVERS, INC.; a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMESOLARQUOTES; SOLARPANELQUOTES; SAHAK NALBANDYAN, an individual; and DOES 1 – 10, Inclusive,<br>Defendants. | Case No.: 8:22-00003 ADS<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE SERVICE (Dkt. No. 8)** |

Plaintiff Intent Drivers, Inc. ("Plaintiff" or "Intent Drivers"), by and through its attorneys, Karish & Bjorgum, PC, hereby submits its response to the Court's Order Regarding Service of Process (Dkt. No. 8) (the "Order").

1

In the Order,\the Court noted that a proof of service had not been filed by Plaintiff within the time allotted in Fed.R.Civ.P. 4(m).  The Court then stated: "Should Plaintiff wish to be heard as to the apparent failure to file proof of timely service of process upon any defendant, Plaintiff must file a Response to this Order within seven days."

Plaintiff would like to be heard, either through this filing or later if the Court is so inclined.  By way of background, Plaintiff is an advertiser that creates content and builds interest in the client's products or services by creating online content that ideally results in a potential customer contacting the client.  Plaintiff has been successful in this industry, partially because of the high quality of its original content consisting mainly of text and photographs created by Plaintiff.  Where applicable, Plaintiff is careful to register its intellectual property with the Copyright Office.

Plaintiff has some competitors who shamelessly copy Plaintiff's ad content -- even verbatim.  This is very harmful to Plaintiff because it both diverts Internet traffic, but also devalues Plaintiff's intellectual property, as its distinctive advertising becomes commonplace.  Plaintiff's original, registered content is often stolen and copied wholesale, with no recognition of Plaintiff's rights.

For these reasons, Plaintiff has filed a series lawsuits against companies who are diverting advertising revenues from Plaintiff.  These companies have nearly generic sounding names, such as "Prime Solar Quotes," or "Solar Advice Now."  Plaintiff has filed a handful of lawsuits against these alleged infringers, and each time there is difficulty identifying the parent company of the Defendant and perfecting service.

In this instance, after the suit was filed, Plaintiff's counsel got a call an attorney claiming to live in Glendale and be married to Defendant Sahak Nalbandyan.  She claimed that it would be difficult to serve Defendant because he

lives in Las Vegas.  She also threatened to bring a counterclaim because of Plaintiff's infringement of Defendant's advertising.

Not having heard from her in over a month, on April 20, Plaintiff attempted to serve Defendant at his purported place of business in Glendale.  The accountant occupying the space did not agree to accept service. Today, on April 21, the undersigned forwarded a copy of be Plaintiff's wife a Notice and Acknowledgement of Service.

Thus, Plaintiff would request the Court's indulgence for 40 more days so that service can be completed one way or another.  Indeed, right now, there is little doubt that Defendant is aware of this case because his wife has spoken Plaintiff's counsel. Plaintiff may also pursue a motion to add Plaintiff's business "Adapt2Media," which appears to be based in California and Nevada.

## Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this case stay on track rather than be dismissed.


DATED:  April 21, 2002                              Respectfully submitted,

                                                    KARISH & BJORGUM, PC



                                                    By     /s/ Eric Bjorgum, _____
                                                           Eric Bjorgum
                                                           Attorneys for Plaintiff
                                                           Intent Drivers, Inc.