ERIC BJORGUM (SBN 198392)
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
(213) 785-8070
eric.bjorgum@kb-ip.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT DRIVERS, INC.; a California corporation, <br><br> PLAINTIFF(S) <br> v. <br> PRIMESOLARQUOTES; SOLARPANELQUOTES; SAHAK NALBANDYAN; DOES 1 – 10, Inclusive, <br> DEFENDANT(S). | CASE NUMBER <br><br> 8:22-cv-00003-ADS <br><br> NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT <br> (For use with State Service only) |

To: SAHAK NALBANDYAN

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was e-mailed on April 19, 2022.

_[signature]_
Signature of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
(To be completed by recipient)

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at e-mailed to Christina@Zaimilawfirm.com on April 21, 2022
   Address                                                                                           Date

_[signature]_
Signature
Creator Prime Solar Quotes and Solar Panel Quotes
Relationship to Entity/Authority to Receive Service of Process

CV-21 (02/04)     NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT