Eric Bjorgum, CA Bar No. 198392
Marc Karish, CA Bar No. 205440
**KARISH & BJORGUM, PC**
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
eric.bjorgum@kb-ip.com

ATTORNEYS FOR PLAINTIFFS
INTENT DRIVERS, INC. and
ANDREW WILDER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT DRIVERS, INC.; a California corporation; ANDREW WILDER, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PRIMESOLARQUOTES; SOLARPANELQUOTES; SAHAK NALBANDYAN, an individual; and DOES 1 – 10, Inclusive,<br>　　　　　　Defendants. | Case No.: 8:22-cv-00003-JVS (JDEx)<br><br>**FIRST AMENDED COMPLAINT FOR:**<br>**1. COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

　　　Plaintiffs Intent Drivers, Inc. ("Intent Drivers") and Andrew Wilder, Inc., ("Andrew Wilder"), by and through their attorneys, Karish & Bjorgum, PC, file their First Amended Complaint against PRIMESOLARQUOTES,

1

SOLARPANELQUOTES, SAHAK NALBANDYAN, and DOES 1 – 10, inclusive, for injunctive relief and damages as follows:

### Subject Matter Jurisdiction and Venue

1.	This case is a civil action arising under the Copyright Laws of the United States, 17 U.S.C. §§ 101, *et seq.* This Court has subject matter jurisdiction over the claims in this Complaint which relate to copyright infringement, 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a), and under diversity jurisdiction, pursuant to 28 U.S.C. § 1332.

2.	Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because the claims alleged in this action arose in this Judicial District, and Defendants reside and transact business in this District.

### Parties and Personal Jurisdiction

3.	Plaintiff Intent Drivers, Inc. is a California corporation with its principal residence in Orange County, California.

4.	Plaintiff Andrew Wilder, Inc. is a Nevada Corporation with its principal place of business in Orange County, California.

5.	Defendant Primesolarquotes is a business entity of unknown form based in information and belief, in Glendale, California. It operates as primesolarquotes.com.

6.	Defendant Solarpanelquotes is a business entity of unknown form and locale. It is operating as Solarpanelquotes.org.

7.	Defendant Sahak Nalbandyan is an individual residing in Los Angeles County, California. Nalbandyan's wife lives in Glendale, California.  He is the CEO and Principal of Adapt2media, Inc., which is a California corporation with an address at 500 North Central Ave., Suite 600, Glendale, California.  His LinkedIn

profile indicates that he lives in Los Angeles, California. On information and belief, Nalbandyan is the owner and chief principal of primesolarquotes and solarpanelquotes.

8. This Court has personal jurisdiction over Defendants because Defendants solicit and transact business and have other related activities within this Judicial District. This court also has personal jurisdiction over Defendants because Defendants caused actual harm to Plaintiffs, resident sof this District. Defendants' actions were aimed at Plaintiff Intent Drivers, Inc.

### **Plaintiffs' Business and Defendant's Acts**

9. Plaintiffs are engaged in the business of advertising and generating sales leads for various industries, including the solar and insurance industries. Unlike many "lead generation" companies, Plaintiffs produces their own visual and written content. Plaintiffs go to great pains to protect its original content.

10. Part of Plaintiffs' original content is photographs and text that they create. Plaintiffs hire staff to create such copyrights or, if necessary, hire outside contracts who are subject to work-for-hire agreements or that it creates. Plaintiff goes to great lengths to hire a photographer and create photographic images that are original and draw users to its products and services. An example of one such photograph at issue (the "Meter Photo"), which is the photograph below:



3

11. The Meter Photo is registered with the U.S. Copyright Office as part of the collection "meteredits_32019," which has the Registration Number VA0002297089, and is owned by Plaintiff Andrew Wilder, Inc. Defendant Primesolarquotes has copied the Meter Photo without any authorization.

12. Primesolarquotes has also copied verbatim copyrighted text owned by Plaintiff (the "Solar Article"). The Solar Article copyright is owned by Plaintiff. The Solar Article is registered with the United States Copyright Office as "Energy Bill Cruncher 09_16_17" and has the U.S. Copyright Reg. No. TXu002234483. A copy of the Solar Article and its copyright registration are attached hereto as Exhibit A. It is owned by Plaintiff Intent Drivers, Inc.

13. Defendant has been taking Plaintiffs' content and, on information and belief, using it to divert sales and leads from Plaintiff.

14. On information and belief, Defendant Sahak Nalbandyan is the owner and chief principal at Primesolarquotes and Solarpanelquotes. On August 12, 2021, the "Google Transparency Report" identified Nalbandyan as $3,336,400 on "Political Advertising," most of which was ads for solar power lead generation.

15. On information and belief, Defendants are working jointly and in connection each other and with unknown Defendants Does 1 – 10 in furthering the scheme to divert Plaintiff's customers and interfere with Plaintiff's contracts.

**Count One – Copyright Infringement**
**(Against All Defendants)**

16. Plaintiffs reallege and incorporate by reference each of the allegations contained in Paragraphs 1 through 15 of this Complaint as though fully set forth here.

17. Plaintiff Intent Drivers, Inc. is the owner of the work entitled "Energy Bill Cruncher 09_16_17", which is registered as U.S. Copyright Reg. No. TXu002234483 for the work entitled "Energy Bill Cruncher 09_16_17" attached as Exhibit A.

18. Plaintiff Andrew Wilder, Inc. owns the copyright registration in the group registration of photos which contains the Meter Photo.

19. Defendants have copied and displayed the Work without Plaintiffs' authorization, and it has done so with the intent of attracting customers. Defendant's acts constitute infringement of the copyrights in the Meter Photo and Solar Text copyrights, in violation of the Copyright Act, 17 U.S.C. § 101, *et seq.*

20. Plaintiffs are informed and believe that Defendants' acts of infringement were deliberate, willful, malicious, oppressive, and without regard to proprietary rights.

21. Defendants' copyright infringement has caused, and will continue to cause to suffer substantial injuries, loss, and damage to Plaintiffs proprietary and exclusive rights to the copyrights in the Works. Plaintiffs are entitled their lost profits and Defendant's ill-gotten profits pursuant to 17 U.S.C. § 504.

**PRAYER FOR RELIEF**

**Wherefore**, Plaintiffs respectfully request judgment as follows:

1. That the Court enter a judgment against Defendants that Defendants have: Infringed Plaintiff's copyrights; and that such infringement was willful..

2. That the Court issue a Permanent Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and

<s>

assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from engaging in any activity that infringes Plaintiffs' copryights, and that any damage from copyright infringement be multiplied for willful infringement.

    3. That Plaintiffs be awarded actual damages for Defendant's copyright infringement, together with Defendant's direct and indirect profits derived from its unlawful infringement of Plaintiffs' copyrights.

    4. That the Court award Plaintiffs their costs of suit incurred herein.

    5. That Plaintiffs be awarded such other relief as may be appropriate.

DATED: September 5, 2022        Respectfully submitted,

                              KARISH & BJORGUM, PC

                              By   /s/ Eric Bjorgum,
                                    Eric Bjorgum
                                    Attorneys for Plaintiffs
                                    Intent Drivers, Inc. and Andrew Wilder, Inc.

</s>

## **DEMAND FOR TRIAL BY JURY**

Plaintiff Intent Drivers, Inc. hereby demands a trial by jury to decide all issues so triable in this case.

DATED:  December 31, 2021

Respectfully submitted,

KARISH & BJORGUM, PC

By /s/ Eric Bjorgum
    Eric Bjorgum
    Attorneys for Plaintiff,
    Intent Drivers, Inc.