Eric Bjorgum, CA Bar No. 198392
**KARISH & BJORGUM, PC**
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
eric.bjorgum@kb-ip.com

ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT DRIVERS, INC.; a California corporation;  ANDREW WILDER, INC., a Nevada corporation, | Case No.: 8:22-cv-00003-JVS-JDE |
| Plaintiffs, | **COUNTERCLAIM DEFENDANTS' ANSWER TO COUNTERCLAIMS** |
| v. | |
| PRIMESOLARQUOTES; SOLARPANELQUOTES; SAHAK NALBANDYAN, an individual; and DOES 1 – 10, Inclusive, | Judge:  Hon. James V. Selna |
| Defendants. | |
| PRIMESOLARQUOTES; SOLARPANELQUOTES; SAHAK NALBANDYAN, an individual; and DOES 1 – 10, Inclusive, | |
| Counterclaim Plaintiff. | |
| v. | |
| INTENT DRIVERS, INC.; a California corporation;  ANDREW WILDER, INC., a Nevada corporation, | |
| Counterclaim Defendants. | |

Counterclaim Defendants INTENT DRIVERS, INC. and ANDREW WILDER, INC. ("Counterclaim Defendants") respectfully submit this Answer in response to the Counterclaims of Counterclaim Plaintiff SAHAK NALBANDYAN ("Counterclaim Plaintiff") as follows:

## PARTIES

1.      Answering paragraph 1 of the Counterclaims, Counterclaim Defendants are without sufficient information to admit or deny these allegations and deny them on that basis.

2.      Answering paragraph 2 of the Counterclaims, Counterclaim Defendants admit the allegations of this paragraph of the Counterclaims.

3.      Answering paragraph 3 of the Counterclaims, Counterclaim Defendants admit the allegations of this paragraph of the Counterclaims.

## JURISDICTION AND VENUE

4.      Answering paragraph 4 of the Counterclaims, Counterclaim Defendants admit the allegations of this paragraph of the Counterclaims.

5.      Answering paragraph 5 of the Counterclaims, Counterclaim Defendants admit the allegations of this paragraph of the Counterclaims.

## FACTS

6.      Answering paragraph 6 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

7.      Answering paragraph 7 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

8.      Answering paragraph 8 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

9.      Answering paragraph 9 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

COUNTERCLAIM DEFENDANTS' ANSWER TO COUNTERCLAIMS

10. Answering paragraph 10 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

11. Answering paragraph 11 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

12. Answering paragraph 12 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

13. Answering paragraph 13 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

14. Answering paragraph 14 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

15. Answering paragraph 15 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

## FIRST CLAIM FOR RELIEF

### Declaratory Judgment of Invalidity - Registered Copyrights

16.　　Answering paragraph 16 of the Counterclaims, Counterclaim Defendants reincorporate admit the allegations of the first 15 paragraphs of the Counterclaims.

17.　　Answering paragraph 17 of the Counterclaims, Counterclaim Defendants admit the allegations of this paragraph of the Counterclaims.

18.　　Answering paragraph 18 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

19.　　Answering paragraph 19 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

20.　　Answering paragraph 20 of the Counterclaims, Counterclaim Defendants lack knowledge or information sufficient to form a belief as to allegations in this paragraph of the Counterclaims.

21.　　Answering paragraph 21 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

22.　　Answering paragraph 22 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

23.　　Answering paragraph 23 of the Counterclaims, Counterclaim Defendants lack knowledge or information sufficient to form a belief as to allegations in this paragraph of the Counterclaims.

24.　　Answering paragraph 24 of the Counterclaims, Counterclaim Defendants admit that Counterclaim Plaintiff seeks a declaration that those copyright registrations are invalid but the remainder of the allegations.

## SECOND CLAIM FOR RELIEF

### Declaratory Judgment of Invalidity - Unregistered Copyright

25.     Answering paragraph 25 of the Counterclaims, Counterclaim Defendants incorporate their responses to paragraphs 1-24 of the Counterclaims as though fully set forth herein.

26.     Answering paragraph 26 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

27.     Answering paragraph 27 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

28.     Answering paragraph 28 of the Counterclaims, Counterclaim Defendants admit that Counterclaimants seek this judgment but deny the remining allegations in this paragraph of the Counterclaims.

## THIRD CLAIM FOR RELIEF

## Declaratory Judgment of Non-Infringement of Alleged Copyrights

29.     Answering paragraph 29 of the Counterclaims, Counterclaim Defendants incorporate its responses to paragraphs 1-28 of the Counterclaims as though fully set forth herein.

30.     Answering paragraph 30 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

31.     Answering paragraph 31 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

32.     Answering paragraph 32 of the Counterclaims, Counterclaim Defendants deny the allegations of this paragraph of the Counterclaims.

33.     Answering paragraph 33 of the Counterclaims, Counterclaim Defendants admit that Counterclaim Plaintiff seeks that judgment but otherwise denies the Counterclaims.

## AFFIRMATIVE DEFENSES

By asserting the affirmative defenses alleged here, Counterclaim Defendants do not contend that it necessarily bears the burden of proof or persuasion for the issues raised therein.  Moreover, Counterclaim Defendants has insufficient

knowledge upon which to form a belief as to whether additional defenses are available at the present time.  Counterclaim Defendants reserve the right to amend its Answer to add, delete, or modify defenses based on legal theories which may or will be divulged through clarification of the Counterclaims, through discovery, through change or clarification of the governing law, or through further legal analysis of Counter Plaintiff's position in this litigation.  For its affirmative defenses in this action, Counterclaim Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.      Counter Plaintiff's claims fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

2.      The Counterclaims are barred by the doctrine of unclean hands because of Counterclaim Defendant's infringement of the copyrights.

## PRAYER FOR RELIEF

WHEREFORE, Counterclaim Defendants pray for entry of judgment:

1.      dismissing the Counterclaims with prejudice;

2.      declaring that Counterclaim Plaintiff is not entitled to the declaratory relief sought; and

3.      declaring that Counterclaim Defendants are entitled their reasonable attorneys' fees, expenses and costs incurred in this action; and

4.     awarding to Counterclaim Defendants such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Counterclaim Defendants demand trial by jury, on all issues so triable, under Fed. R. Civ. P. 38.


DATED:  November 28, 2022            Respectfully submitted,

KARISH & BJORGUM, PC


By____*/s/ Eric Bjorgum,*_____
                    Eric Bjorgum
                    Attorneys for Plaintiffs
                    Intent Drivers, Inc. and Andrew
                    Wilder, Inc.